UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOHN McLELLAN,

      v.                                         ORDER
                                                    04-CV-314A

E.I. DUPONT DE NEMOURS & COMPANY,
 et al.,

                        Defendants.

---

        This case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(A), on June 4, 2004.  On August 8, 2005, plaintiff filed a motion to compel discovery.  On August 18, 2005, defendants filed a motion to amend/correct their answer in order to add a statute of limitations defense.  On September 26, 2005, Magistrate Judge Foschio ruled orally on the pending motions, denying in part and granting in part plaintiff's motion to compel, and granting defendants' motion to amend the answer.

        On October 5, 2005, plaintiff filed objections to Magistrate Judge Foschio's September 26th Order.  On October 12, 2005, the defendants filed a response thereto.  The Court heard oral argument on December 6, 2005.

        The Court finds that plaintiff's objections fail to comply with Rule 72.3(a)(2) of the Local Rules of Civil Procedure for the United States District Court for the Western District of New York, which provides that "[t]he specific matters to which the party objects and the manner in which it is claimed that the

order is clearly erroneous or contrary to law shall be clearly set out." Plaintiff's papers make no attempt to comply with the Rule. Accordingly, plaintiff's objections are dismissed.

    IT IS SO ORDERED.

                                      /s/ *Richard J. Arcara*
                                      HONORABLE RICHARD J. ARCARA
                                      CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT

DATED: December   22   , 2005